UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DAMEEN JOHNSON,  :
: No. 2:25-CR-326
:
:

**O R D E R**

**AND NOW**, this 12th day of August, 2025, upon consideration of the Notice of Removal, *see* ECF No. 1, and for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The case is **REMANDED** to the Montgomery County Court of Common Pleas;

2. The Clerk of Court is directed to forward a copy of this order and accompanying Opinion to the Clerk of Court of the Court of Common Pleas of Montgomery County to be associated with Case Nos. MJ-38123-CR-91-2025; MJ-32303-CR-619-2024; CP-46-CR-1280-2025; and CP-46-1780-2025;

3. The Clerk of Court is directed to **CLOSE** the case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge